Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of bars containing more than 50 percent of tungsten carbide, which are not steel or iron materials or articles, the same in all material respects as those the subject of Abstract 58268, the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, JUNE 9, 1955

**No. 59132.**—A. N. Deringer, Inc. v. United States, protests 168696–K, etc. (Ogdensburg).

Opinion by EKWALL, J.  In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

**No. 59133.**—A. N. Deringer, Inc. v. United States, protests 173113–K, etc. (Ogdensburg).

Opinion by EKWALL, J.  In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

**No. 59134.**—A. N. Deringer, Inc. v. United States, protests 173125–K, etc. (Ogdensburg).

Opinion by EKWALL, J.  In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.